ACCEPTED
03-15-00105-CR
5544863
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 12:11:43 PM
JEFFREY D. KYLE
CLERK

## 03-15-00105-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE THIRD COURT** |
| | § | |
| **vs.** | § | **OF APPEALS** |
| | § | |
| **JUSTIN MURPHY** | § | **TRAVIS COUNTY, TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/4/2015 12:11:43 PM
JEFFREY D. KYLE
Clerk

## REQUEST FOR EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT:**

Now comes Justin Murphy, by and through Adam Reposa and files this request for extension of time, and shows the following:

1. Appellants brief is due June 5, 2015.

2. Counsel for Appellant needs additional time to complete the brief.

3. Counsel has not requested any prior extensions.

This motion is not made for purposes of delay but that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that the Court enter its order extending the filing date.

Respectfully submitted,
Adam T. Reposa
1106 San Antonio
Austin, Texas 78701
Tel: (512) 476-7376
Fax: (512) 478-1114

By: /s/ Adam T Reposa
Adam T. Reposa
State Bar No. 24040163
Attorney for Defendant

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Defendant-Motion for Continuance was served to the County Attorney's Office by fax on June 4, 2015

Adam T. King Blackwell Reposa
Attorney for Defendant